# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

HULBERT DEVELOPMENT CO INC                                    PLAINTIFF

v.                                  No. 2:26-cv-13-DPM

JOSHUA STORAGE LLC; JOSHUA
PROPERTIES LLC; JOSHUA PREWETT;
and JOHN DOES                                                DEFENDANTS

## ORDER

The defendants have informally advised the Court that they don't oppose Hulbert's motions to file a diversity-destroying second amended complaint, *Doc. 10 & 11*. Those motions are granted. Hulbert should file its second amended complaint as soon as practicable. The Court will remand the case to the Circuit Court of Crittenden County, Arkansas for lack of subject matter jurisdiction, 28 U.S.C. § 1447(c), after it does so.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
9 April 2026